IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JACKIE DARELL LONG, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:14cv107-WHA |
| | ) |
| ANTHONY CLARK and COVINGTON COUNTY JAIL, | ) |
| | ) |
| Defendants. | ) |

ORDER AND OPINION

On July 30, 2014, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 15). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED and that:

1. The plaintiff's claims against the Covington County Jail are dismissed pursuant to the directives of 28 U.S.C. § 1915(e)(2)(B)(i).

2. This case, with respect to the claims lodged against Anthony Clark, are referred back to the Magistrate Judge for additional proceedings.

Done this the 28th day of August, 2014.

/s/ W. Harold Albritton
SENIOR U.S. DISTRICT JUDGE