IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JACKIE DARRELL LONG, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. 2:14cv-107-WHA |
| | ) |
| DENNIS MEEKS, | )       (WO) |
| | ) |
| Defendant. | ) |

## **ORDER**

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #42), entered on December 11, 2015.  There being no timely objection filed to the Recommendation, and after a review of the file, the Recommendation is ADOPTED, and it is hereby

ORDERED that this case is DISMISSED without prejudice for failure of the Plaintiff to file a response in compliance with the order of the court and for failure to properly prosecute this action.   Final Judgment will be entered accordingly.

DONE this 12th day of January, 2016.

/s/      W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE