IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JACKIE DARRELL LONG, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CASE NO. 2:14cv-107-WHA ) |
| DENNIS MEEKS, | ) (WO) ) |
| Defendant. | ) |

## FINAL JUDGMENT

In accordance with the order of the court entered in this case on this day,

Final Judgment is entered in favor of the Defendant, and against the Plaintiff, and this case is DISMISSED without prejudice.

DONE this 12th day of January, 2016.

/s/   W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE